# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| CODY JOSEPH VERNON FLESCH, | CV 22-90-BLG-SPW-KLD |
| Plaintiff, | |
| vs. | ORDER |
| LIEUTENANT METZGER, et al., | |
| Defendants. | |

Upon the parties' Stipulated Motion to Dismiss (Doc. 41),

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

IT IS FURTHER ORDERED that any pending motions are **DENIED** as moot.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 15th day of September, 2023.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1